# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case Number: 18-07221MJ-001-TUC-BGM |
| v. | ORDER OF DETENTION PENDING TRIAL |
| Marcos Catalan-Acuna | |

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Findings of Fact and Statement of Reasons

(1) There is probable cause to believe that the defendant has committed an offense.
(2) There is a serious risk that the defendant will not appear.
(3) Defendant is a citizen of another country, illegally in the United States of America.
(4) Defendant does not have sufficient ties to the community.
(5) The reports from Pretrial Services Agency are adopted as the further findings of this Magistrate Judge.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 23rd day of May, 2018.

*Honorable Jacqueline M. Rateau*
United States Magistrate Judge